AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Klein, Christopher M. | U.S. Bankruptcy Court | 05/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

501 I Street, 6th Floor
Sacramento, CA 95814

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Christopher M. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | Jan. 15 | Malibu, Pepperdine University | Participant | Partial air fare, hotel & meals |
| 2. | International Insolvency Institute | Feb. 9-11 | New York, NY | Participant | Hotel |
| 3. | Penn State University | Mar. 30-31 | State College, PA | Presenter | Air fare |
| 4. | American Bar Assn. Business Bankr. Comm. | Apr. 14-16 | Boston, MA | Participant | Air fare, hotel & meals |
| 5. | Bankr. Bar Assn. of S. Florida Conf. | May 6-8 | Naples, FL | Panel Member | Air fare, hotel & meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Klein, Christopher M.** | 05/11/2012 |

| # | | | | | |
|---|---|---|---|---|---|
| 6. | Calif. Bankr. Forum | May 20-22 | Squaw Creek, CA | Participant | Hotel & meals |
| 7. | International Insolvency Institute | June 13-14 | New York, NY | Participant | Partial air fare, hotel & meals |
| 8. | Turnaround Managers Assn. | July 15-16 | Santa Barbara, CA | Panel Member | Transportation, hotel & meals |
| 9. | American Law Institute | Sept. 23-26 | Philadelphia, PA | Participant | Partial air fare, hotel & meals |
| 10. | Nat'l Conf. of Bankr. Judges & American Bar Assn. | Oct. 12-15 | Tampa, FL | Participant | Partial air fare, hotel & meals paid by ABA & NCBJ |
| 11. | International Insolvency Institute & International Bar Assn. | Oct. 31-Nov. 3 | Vienna & Dubai | Participant | Partial air fare, hotel & meals |
| 12. | Capital Regional & Central NY Bankr. Bar Conf. | Nov. 10-11 | Lake George, NY | Panel Member | Air fare, hotel & meals |
| 13. | ABI Winter Leadership | Dec. 1-3 | La Quinta, CA | Participant | Air fare, hotel & meals |
| 14. | Internationl Insolvency Institute | Dec. 12-16 | New York, NY | Participant | Partial air fare, hotel & meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Christopher M. | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Christopher M. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Condominium, Washington, DC | D | Rent | M | W | | | | | |
| 2. USAA Subscriber Savings Acct. | A | Dividend | J | T | | | | | |
| 3. Navy Federal Credit Union (CD) | A | Interest | J | T | | | | | |
| 4. River City Bank (deposit) | A | Interest | J | T | | | | | |
| 5. MSDW Active Assets Money Trust | A | Interest | J | T | | | | | |
| 6. Wells Fargo Int'l Equity (Evergreen Intl. Equity A) | A | Dividend | J | T | | | | | |
| 7. JP Morgan Midcap Value A | A | Dividend | J | T | | | | | |
| 8. Mineral rights (see Part VIII) | | None | J | W | | | | | |
| 9. Sentinel Midcap Value A | A | Dividend | J | T | Sold | 06/24/11 | J | C | |
| 10. Columbia Select LG cf Value A | A | Dividend | K | T | | | | | |
| 11. RS Value A | A | Dividend | J | T | Buy | 06/24/11 | J | | |
| 12. T Rowe Price Growth Stock Adv. | A | Dividend | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Christopher M. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

line 9:   mineral rights are located on one parcel in three tracts in Fort Bend & Brazoria Counties, Texas

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Christopher M. | 05/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher M. Klein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544